TREG TAYLOR
ATTORNEY GENERAL

Thomas S. Flynn (Alaska Bar No. 1910085)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 258-4978
Email: thomas.flynn@alaska.gov

Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN ANTHONY CASTRO,<br><br>   Plaintiff,<br><br>v.<br><br>LIEUTENANT GOVERNOR NANCY DAHLSTROM and DONALD JOHN TRUMP,<br><br>   Defendants. | Case No.: 1:23-cv-00011 |

## MOTION TO DISMISS FOR LACK OF SERVICE

Lieutenant Governor Nancy Dahlstrom moves to dismiss the plaintiff's complaint against her for lack of service. Under Rule 4(m), the Court must dismiss a complaint without prejudice or require service within a specified time if a defendant is not served within 90 days. The plaintiff filed his complaint on September 29, 2023, more than 90 days ago. Doc. 2. No summons has been issued for the Lieutenant Governor and service

is not complete. *See* Doc. 3; Fed. R. Civ. P. 4(c)(1) (requiring service of a both a summons and complaint within 90 days).

The Court should dismiss this complaint without prejudice—rather than allow more time for service—because the plaintiff is aware of the federal requirements for service, having apparently met them in similar lawsuits in other states. *See, e.g.*, *Castro v. Fontes*, No. CV-23-01865-PHX-DLR, 2023 WL 8436435, at *1 (D. Ariz. Dec. 5, 2023). The plaintiff has since dismissed some of these lawsuits, indicating he no longer wishes to pursue these sorts of claims. *See, e.g.*, Notice of Dismissal, *Castro v. Jacobson*, 6:23-cv-00062 (D. Mont. Dec. 7, 2023). If the plaintiff still intends to pursue his complaint in Alaska, he may file it again and complete service.

The Lieutenant Governor respectfully requests that the Court dismiss this complaint without prejudice.

DATED: January 4, 2024.

                                              TREG TAYLOR
                                              ATTORNEY GENERAL

                              By:    /s/Thomas S. Flynn
                                    Thomas S. Flynn
                                    Assistant Attorney General
                                    Alaska Bar No. 1910085
                                    Department of Law
                                    1031 West Fourth Avenue, Ste. 200
                                    Anchorage, AK 99501
                                    Phone: (907) 269-6612
                                    Facsimile: (907) 258-4978
                                    Email: thomas.flynn@alaska.gov
                                    Attorney for State of Alaska

*J.A. Castro v. Lt. Gov. N. Dahlstrom & D. Trump*                 Case No.: 1:23-cv-00011
Motion to Dismiss for Lack of Service                                Page 2 of 3
Case 1:23-cv-00011-JMK   Document 6   Filed 01/04/24   Page 2 of 3

Certificate of Service

I certify that on January 4, 2024, the foregoing MOTION TO DISMISS FOR LACK OF SERVICE and PROPOSED ORDER were served electronically on all parties via the CM/ECF filing system and on the plaintiff via email:

John A. Castro
j.castro@castroandco.com

/s/Thomas S. Flynn
Thomas S. Flynn, Assistant Attorney General

*J.A. Castro v. Lt. Gov. N. Dahlstrom & D. Trump*     Case No.: 1:23-cv-00011
Motion to Dismiss for Lack of Service     Page 3 of 3
Case 1:23-cv-00011-JMK    Document 6    Filed 01/04/24    Page 3 of 3